IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. 3:22-CR-184 |
| ) | |
| v. ) | DEFENDANT'S SENTENCING |
| ) | MEMORANDUM |
| ) | |
| BRETT TIMOTHY HOIBY, ) | |
| ) | |
| Defendant. ) | |

On September 19, 2022 a two-count Criminal Complaint was filed in the U.S. District Court, District of North Dakota. The Defendant was charged, along with others, with offenses related to the distribution of methamphetamine. An arrest warrant was executed on September 21, 2022. The Defendant was released on conditions on September 28, 2022. He has been on pretrial release since.

On October 5, 2023 a 34-count Indictment was filed. It added additional co-Defendants. It charged the Defendant with Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances (count 1), Trafficking in Firearms – Conspiracy (count 25) and Knowingly Transferring Firearms for Use in a Crime of Violence or Drug Trafficking Crime – Conspiracy (count 26).

On December 26, 2023 a Superceding Indictment was filed that did not further impact the Defendant.

On April 18, 2024 a 32-count a Superceding Indictment was filed that did not change the charges against the Defendant but renumbered the counts.

On May 6, 2024 a single-count Information was filed charging the Defendant with Providing a Firearm to a Convicted Felon, Fugitive, Drug User, and Drug Addict, a violation of 18 U.S.C. § 922(d)(1), (2), (3) and 924 (a)(8). Specifically it alleged that on or about August 8, 2022 the Defendant provided a single firearm to co-Defendant Jessica Trottier, an unlawful user of a controlled substance.

All versions of the Indictment contained a forfeiture allegation with respect to the Defendant.

On May 22, 2024 the Defendant executed a Waiver of Indictment. He entered a change of plea to the single count that same day. Sentencing is set or January 12th at 11:00 a.m.

The Defendant participated in a Presentence Investigation interview on July 29, 2024. A Presentence Investigation Report (PSIR) was completed in October, 2024. The PSIR calculated a criminal history category of 2 and an offense level of 6. This results in an offense range of 1-7 months. The Defendant does not dispute the calculations but asserts a variance under 18 U.S.C. § 3553(a) to be separately articulated.

January 8, 2026

/s/ *Lloyd C. Suhr*
Lloyd C. Suhr  (ID # 05405)
Attorney for Defendant
Suhr Law, P.L.L.C.
P.O. Box 2393
Bismarck, ND 58502
(701) 223-3874
lawfirm@smlawnd.com